**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES SMALLS,

                Plaintiff,

-against-                            18 **CIVIL** 5428 (KPF)

## **JUDGMENT**

NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM (NYCERS),

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 15, 2020, judgment is entered in favor of defendant; accordingly, this case is closed.

**Dated:**  New York, New York

       September 15, 2020

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**
            **BY:**    K. Mango
                                    **Deputy Clerk**